No. 198. FERGUSON ET AL. *v.* UNITED STATES. Certiorari, 374 U. S. 805, to the United States Court of Appeals for the Tenth Circuit. The motion of the United States to remand is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that Court with directions to determine whether, in the light of the relevant circumstances, the trial court's ruling that only one of the two defense counsel would be allowed to question each prosecution witness on cross-examination constitutes error of such magnitude as to require a reversal under the plain error rule. *A. Kenneth Pye,* by appointment of the Court (374 U. S. 821), for petitioners. *Solicitor General Cox* for the United States.

No. 558. NATIONAL LABOR RELATIONS BOARD *v.* BROWN ET AL., DOING BUSINESS AS BROWN FOOD STORE, ET AL. C. A. 10th Cir. Certiorari granted. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Gary Green* for petitioner. *William L. Keller* for respondents.

No. 582. GILLESPIE, ADMINISTRATRIX, *v.* UNITED STATES STEEL CORP. C. A. 6th Cir. Certiorari granted. *Jack G. Day* and *Bernard A. Berkman* for petitioner. *Thomas V. Koykka* for respondent.

No. 606. UNITED STATES *v.* BARRETT ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *Jerome M. Feit* for the United States.